**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

RICKY POE and
WILLIAM R. HENDRIX                                                                    PLAINTIFFS

v.                                                                                              No. 3:06CV142-B-A

OXFORD PRINTWEAR,
JAMES R. FERGUSON,
GEORGE LYNCH, III, and
JEWELL LYNCH                                                                           DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the motion by the defendants for summary judgment is hereby **GRANTED**. Judgment is hereby **ENTERED** for the defendants. This case is **CLOSED**. In light of this ruling, all other motions currently pending in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 19th day of January, 2007.

/s/ Neal Biggers
_____
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE